912

for leave to include CD-ROM submission in appendix to the petition denied. Certiorari denied.

No. 00–9598. WALDRON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–152. LUJAN, LABOR COMMISSIONER OF CALIFORNIA, ET AL. v. G & G FIRE SPRINKLERS, INC., 532 U. S. 189;

No. 00–866. CLARK COUNTY SCHOOL DISTRICT v. BREEDEN, 532 U. S. 268;

No. 00–1388. TELEPO v. PALMER TOWNSHIP ET AL., 532 U. S. 1008;

No. 00–7538. SHULL v. BEXAR COUNTY ET AL., 532 U. S. 975;

No. 00–8006. BANNISTER v. CAIN, WARDEN, 532 U. S. 930;

No. 00–8273. GUILLORY v. CAIN, WARDEN, ET AL., 532 U. S. 960;

No. 00–8408. FUGETT v. MACK, WARDEN, 532 U. S. 934;

No. 00–8566. DeTEMPLE v. HEDRICK ET AL., 532 U. S. 979;

No. 00–8567. DeTEMPLE v. ALLSTATE INSURANCE CO., 532 U. S. 979;

No. 00–8709. SWEED v. TEXAS, 532 U. S. 1011;

No. 00–8887. HOOPER v. UNITED STATES, 532 U. S. 985;

No. 00–8929. STULL v. UNITED STATES, 532 U. S. 986;

No. 00–9182. HURLEY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 532 U. S. 1013; and

No. 00–9283. GIBBONS v. MENIFEE, WARDEN, 532 U. S. 1030. Petitions for rehearing denied.

No. 00–8584. RASTEN v. WELLS FARGO SECURITY, 532 U. S. 1003. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

JUNE 13, 2001

No. 00–10526 (00A1082). SCOTT v. MITCHELL, WARDEN. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

No. 00–10582 (00A1095). SCOTT v. OHIO. Sup. Ct. Ohio. Application for stay of execution of sentence of death, presented to